UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 02390
  MICHAEL D HERBST
  KELLY HERBST                              CHAPTER 13

                                            JUDGE: BRUCE W BLACK
              Debtor
  SSN XXX-XX-2098    SSN XXX-XX-9236
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/12/07 .

2. The case was dismissed without confirmation, 07/27/2007.

3. The Debtor paid a total of $ 3026.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST FEDERAL SAVINGS BA | CURRENT MORTG | .00 | .00 | .00 |
| FIRST FEDERAL SAVINGS BA | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| METROPOLITAN CAPITAL BAN | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| VW CREDIT | SECURED VEHIC | .00 | .00 | .00 |
| TOWNES OF KIPLING ESTATE | SECURED | .00 | .00 | 172.92 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | 30.00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS BANK | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET EMERGENCY PHYS | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| TARGET VISA | UNSECURED | NOT FILED | .00 | .00 |
| TRAVELERS INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |

```
PRINCIPAL PAID              202.92           .00          .00          .00       202.92
INTEREST PAID                  .00           .00          .00          .00          .00
TOTAL PAID                  202.92           .00          .00          .00       202.92
```
The Debtor's attorney, JEFF WHITEHEAD              , was allowed $   3000.00
and was paid $    2742.82 .

The Trustee received $       80.26 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/10/07                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                             PAGE   2
         CASE NO. 07 B 02390 MICHAEL D HERBST & KELLY HERBST